UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREI KOSITSIN,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ, JR., et al.,<br>Respondents. | Case No. 5:26-cv-05242-PD<br>**JUDGMENT**<br>**A# 235-473-785** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus and Ordering Release, IT IS ADJUDGED that the Petition is granted.

The Clerk of the Court is directed to close this case.

DATED: September 28, 2026

Patricia Donahue

Patricia Donahue
United States Magistrate Judge